173 A.3d 159

**PELLUM**

v.

**FISHER**

**Pet. Docket No. 275, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 2702, Sept.Term, 2015).

Petition for writ of certiorari denied

173 A.3d 159

**PRINCE GEORGE'S CO.**

v.

**FLETCHER**

**Pet. Docket No. 294, Sept. Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 37, Sept.Term, 2016).

Petition for writ of certiorari denied